IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



SHERRY CLARK,

    Plaintiff,

v.                                             CIVIL ACTION NO. 2:13cv83

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## *ORDER*

Before the Court is the Magistrate Judge's Report and Recommendation on Sherry Clark's (Plaintiff) action for judicial review of the final decision of the Acting Commissioner of Social Security ("Defendant") denying Plaintiff's claim for disability insurance benefits ('DIB") pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72(b), filed November 27, 2013. On April 18, 2013, this matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. Section 636(b)(1)(B), Rule 72(b) of the Federal Rules of Civil Procedure and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for a report and recommendation. On May 20, 2013, Plaintiff filed a Motion for Summary Judgment with Memorandum in Support. On June 17, 2013, Defendant filed a cross-motion for Summary Judgment accompanied by a memorandum in support and in opposition to Plaintiff's motion. On November 27, 2013, the Magistrate Judge filed his report recommending that the Commissioner's decision be **AFFIRMED**. By copy of the report, each party was advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge. The



Court has received no objections to the report and the time for filing the same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed November 27, 2013, and it is, therefore **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiff's Motion for Summary Judgment is **DENIED**. Accordingly, the decision of the Commissioner is **AFFIRMED** and Plaintiff's case is **DISMISSED**.

The Clerk shall mail a copy of this final Order to counsel for both parties.

**IT IS SO ORDERED.**

Raymond A. Jackson
United States District Judge

Norfolk, Virginia
January /3 , 2014